Entered on Docket July 18, 2012

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

Honorable Timothy W. Dore
Chapter 7
Hearing: July 13, 2012
Response Date July 6, 2012

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In Re:

**BARRETT, THOMAS J AND KRITSONIS, MARIA ANASTASIA**

Debtor(s).

No. **10-18166-TWD**

**ORDER APPROVING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES, AUTHORIZING DISTRIBUTION TO FIRST LIEN HOLDER AND PAYMENT OF CLOSING COSTS AND REAL ESTATE COMMISSION AND BUYER'S PREMIUM FOR ESTATE**

THIS MATTER came on before this Court on the Trustee's Motion to Approve a Sale of real property Free and Clear of Liens, Claims and, and the Court having reviewed the Motion and Notice, and noting that no timely objections or responses have been filed, and being duly

ORDER APPROVING SALE OF REAL ESTATE FREE AND
CLEAR OF LIENS ETC.

**Law Offices of Michael B. McCarty**
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-2516

Page 1

advised of the premises of this matter and good cause appearing, NOW, THEREFORE, it is hereby ORDERED as follows:

1. The sale of the property commonly known as 6604 Lake Washington Blvd. SE Newcastle, WA 98056 to Shu-Chiao Hung for the sum of $300,000 plus a buyer's premium of $20,000 is APPROVED.. The property is legally described as:

**THAT PORTION OF TRACT 174 OF C.D. HILLMAN'S LAKE WASHINGTON GARDEN OF EDEN ADDITION TO SEATTLE DIVISION NO. 3, AS PER PLAT RECORDED IN VOLUME 11 OF PLATS, PAGE 81, RECORDS OF KING COUNTY AUDITOR; LYING EAST OF WASHINGTON BOULEVARD EXCEPT THAT NORTH 30 FEET AND THE SOUTH 533 FEET THEREOF**

**SITUATE IN THE CITY OF NEWCASTLE, COUNTY OF KING, STATE OF WASHINGTON.**

TAX ACCOUNT NO.:                 3343300965

2. The sale will be **FREE and CLEAR** of all liens claims and encumbrances and any secured claims not paid at closing will attach to the proceeds of sale, other than the buyer's premium, to the extent there are proceeds to which they attach.

3. The sale of this property shall not close without the written consent of Bank of America which will not be required to release its lien on the property until it receives the amount it agrees to accept pursuant to a written short sale agreement with the Trustee. The actual short sale letter provided by the Bank of America to the Trustee may omit specific reference to the buyer's premium or and the Trustee may sign the agreement provided, however, Bank of America will be informed of the buyer's premium by being provided with a copies of this Order, the Purchase and Sale Agreement and the HUD closing statement which shall include a line item for the buyer's premium.

ORDER APPROVING SALE OF REAL ESTATE FREE AND
CLEAR OF LIENS ETC.

Page 2

**Law Offices of Michael B. McCarty**
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-2516

Case 10-18166-TWD    Doc 46    Filed 07/18/12    Ent. 07/18/12 10:15:20    Pg. 2 of 3

4. If there is bidding with other buyers or further negotiations with the Bank of America and the sales price increases or decreases, no further Order of this Court is necessary so long as the amount of the buyer's premium is not less than $20,000 and Bank of America agrees in writing to the amount it is to receive from the sale.

5. The Trustee is authorized to pay a real estate commission of 6% to Stephanie Kristen and Richard Eastern and Windermere Realty (to be split as is customary in the industry), real estate taxes, real estate excise tax and other closing costs typically paid by a seller of residential real estate.

6. Payment of miscellaneous costs such as utilities or clean up costs may be made from the buyer's premium carve out if necessary and the trustee is authorized to disburse these amounts at closing or after closing from funds that the estate receives from the sale.

7. The Trustee is the seller in this transaction and may sign all documents typically signed by an owner in a short sale transaction.

. 8. The purchasers are good faith purchasers for value and this is an arms' length transaction.

9. ~~The absence of an objection to this sale by a junior lien holder constitutes implied consent to the sale~~.

///END OF ORDER///

Presented by: Law Offices of Michael B. McCarty

/*s/ Michael B. McCarty*/
Michael B. McCarty, WSBA# 13162
Trustee

ORDER APPROVING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS ETC.

**Law Offices of Michael B. McCarty**
400 Warren Ave., Suite 411
Bremerton, WA 98337
(360) 377-2516

Page 3

Case 10-18166-TWD    Doc 46    Filed 07/18/12    Ent. 07/18/12 10:15:20    Pg. 3 of 3